OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 AUG. 10. 2015

8/5/2015
CALABRESE, MICHAEL TODD - Tr. Ct. No. 49390-C          WR-83,701-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

RETURN TO SENDER

MICHAEL TODD CALABRESE
WICHITA COUNTY JAIL
900 7TH ST.
WICHITA, TX 76301

NOT IN CUSTODY

N3B 76301